```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00968
   JAMES P BARKER
   LORRA A BARKER                                CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-9257     SSN XXX-XX-1783


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/17/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 05/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          5618.28            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           666.70            .00             .00
COMMONWEALTH EDISON       UNSECURED           339.77            .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED           800.81            .00             .00
RESIDENTIAL CREDIT SOLUT  NOTICE ONLY     NOT FILED             .00             .00
RESIDENTIAL CREDIT SLT    CURRENT MORTG         .00             .00             .00
RESIDENTIAL CREDIT SLT    MORTGAGE ARRE         .00             .00             .00
CITY OF CHICAGO WATER DE  SECURED             451.00            .00             .00
COOK COUNTY TREASURER     SECURED             563.00            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED             .00             .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED             .00             .00
ALLIANCE HEALTHCARD       UNSECURED       NOT FILED             .00             .00
BANKCARD SERVICES         UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
CDA PONTIAC               UNSECURED       NOT FILED             .00             .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED             .00             .00
CHARLENE HAYMON BUSSELL   UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED             .00             .00
CREDIT COLLECTION SERVIC  UNSECURED       NOT FILED             .00             .00
CREDIT MANAGEMENT SERVIC  UNSECURED       NOT FILED             .00             .00
DEBT RECOVERY SOLUTION    UNSECURED       NOT FILED             .00             .00
FARMER INSURANCE          UNSECURED       NOT FILED             .00             .00
FIRST NATIONAL COLLECTIO  UNSECURED       NOT FILED             .00             .00
FORD MOTOR CREDIT CO      UNSECURED        17156.26             .00             .00
H&F LAW                   UNSECURED       NOT FILED             .00             .00
HARRIS                    UNSECURED       NOT FILED             .00             .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED             .00             .00
HELLER & FRISONE          UNSECURED       NOT FILED             .00             .00
HSBC NV                   UNSECURED       NOT FILED             .00             .00
INTERNET LISTING SERVICE  UNSECURED       NOT FILED             .00             .00
JJ MARSHALL & ASSOC       UNSECURED       NOT FILED             .00             .00
KV KARACHORL MD           UNSECURED       NOT FILED             .00             .00
LEADING EDGE RECOVERY SO  UNSECURED       NOT FILED             .00             .00
LYNETTA BERY              UNSECURED       NOT FILED             .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00968 JAMES P BARKER & LORRA A BARKER
```

```
M3 FINANCIAL SERVICES IN  UNSECURED       NOT FILED              .00             .00
NCO COLLECTION AGENCY     UNSECURED       NOT FILED              .00             .00
NEXTEL                    UNSECURED       NOT FILED              .00             .00
PENTAGROUP FINANCIAL LLC  UNSECURED       NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED              .00             .00
RJM AQUISITIONS FUNDING   UNSECURED       NOT FILED              .00             .00
SOUND & SERVICE           UNSECURED       NOT FILED              .00             .00
SUPERIOR MANAGEMENT       UNSECURED       NOT FILED              .00             .00
UNIVERSITY OF CHICAGO HO  UNSECURED       NOT FILED              .00             .00
UNIVERSITY OF CHICAGO     UNSECURED       NOT FILED              .00             .00
TARGET                    UNSECURED       NOT FILED              .00             .00
U STORE IT                UNSECURED       NOT FILED              .00             .00
UNITED COLLECTIONS        UNSECURED       NOT FILED              .00             .00
UNITED ONLINE COLLECTION  UNSECURED       NOT FILED              .00             .00
VAN RU CREDIT CORPORATIO  UNSECURED       NOT FILED              .00             .00
WOW INTERNET AND CABLE    UNSECURED       NOT FILED              .00             .00
ZENITH ACQUISITION        UNSECURED       NOT FILED              .00             .00
ROUNDUP FUNDING LLC       UNSECURED        1031.85               .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     284.00               .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                               .00
TOM VAUGHN                TRUSTEE                                                .00
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:

|                      | RECEIPTS | DISBURSEMENTS |
|----------------------|----------|---------------|
| TRUSTEE              | .00      |               |
| PRIORITY             |          | .00           |
| SECURED              |          | .00           |
| UNSECURED            |          | .00           |
| ADMINISTRATIVE       |          | .00           |
| TRUSTEE COMPENSATION |          | .00           |
| DEBTOR REFUND        |          | .00           |
| TOTALS               | .00      | .00           |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 08 B 00968 JAMES P BARKER & LORRA A BARKER